UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROL BLANCHARD, EXECUTIVE DIRECTOR OF )
THE TEAMSTERS UNION 25 HEALTH SERVICES )
& INSURANCE PLAN, )
    Plaintiff, )
) C.A. No. 05-11245-GAO
v. )
)
DOREEN HANNIGAN, )
    Defendant. )

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned, Brian M. Maser, Esquire, hereby gives notice that he is withdrawing as counsel of record for the Plaintiff, Carol Blanchard, on the ground that he will no longer be associated with the law firm of Dwyer, Duddy and Facklam, P.C. after July 22, 2005. Matthew E. Dwyer, Esquire, will continue to represent the Plaintiff in this action.

For the Plaintiff,
**Carol Blanchard, Executive Director of the Teamsters Union 25 Health Services & Insurance Plan,**
By her attorneys,

/s/ B. M. Maser
Matthew E. Dwyer (BBO# 139840)
Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

Dated: July 12, 2005
f:\l25hsip\workers' comp\hannigan\pldgs\bmm.not.wd.app.doc

## CERTIFICATE OF SERVICE

I, Brian M. Maser, do hereby certify that I have served a true and accurate copy of the foregoing document upon Doreen M. Hannigan, 76 Fremont Street, Winthrop, Massachusetts 02152, this 12th day of July, 2005.

/s/ B. M. Maser
Brian M. Maser