AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Carol Blanchard, Executive Director of the
Teamsters Union 25 Health Services & Insurance
Plan

**SUMMONS IN A CIVIL CASE**

V.

Doreen M. Hannigan

CASE NUMBER: 05 11245 GAO

TO: (Name and address of Defendant)

Doreen M. Hannigan
76 Fremont Street
Winthrop, MA 02152

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer
Brian M. Maser
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 15 2005

CLERK                                                                 DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

Suffolk, ss.

NAME

_____ Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                        Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.