UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN, Plaintiff<br><br>v.<br><br>DOREEN HANNIGAN, Defendant | C.A. No;. 05-11245-GAO |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

    Please enter my appearance as attorney for the Defendant, Doreen Hannigan, in the above-referenced matter.

Respectfully submitted,

DATED:   August 3, 2005

Michael F. Walsh BBO # 550658
Law Offices of Michael F. Walsh
1200 East Street
Westwood, MA   02090
(781) 251-0100

### CERTIFICATE OF SERVICE

    I, Michael F. Walsh, attorney for the defendant, Doreen Hannigan, hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff, Matthew E. Dwyer, Dwyer, Duddy and Facklam, Two Center Plaza, Suite 430, Boston, MA 02108-1804 by first-class mail, postage prepaid and facsimile (617) 227-8692 on August 3, 2005.

Michael F. Walsh