UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR OF ) <br> THE TEAMSTERS UNION 25 HEALTH SERVICES & ) <br> INSURANCE PLAN, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> DOREEN HANNIGAN, ) <br>     Defendant ) <br> ) | CIVIL ACTION NO. <br> 05-11245-GAO |

## ANSWER AND JURY DEMAND OF DEFENDANT, DOREEN HANNIGAN, TO PLAINTIFF'S COMPLAINT

The defendant, Doreen Hannigan, responds to the plaintiff's Complaint paragraph by paragraph as follows:

### I. INTRODUCTION

1. The Defendant recognizes this introductory statement.

### II. JURISDICTION AND VENUE

2. Statement of law, no response from Defendant required.

3. Statement of law, no response from Defendant required.

### III. PARTIES

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of

the allegations contained in Paragraph 4.

5. The Defendant admits the allegations contained in Paragraph 5.

## IV. ALLEGATIONS OF FACT

6. The Defendant admits the allegations contained in Paragraph 6..

7. This is a factual allegation with the Defendant neither admits not denies and calls upon
   the Plaintiff to prove the same.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of
   the allegations contained in Paragraph 8.

9. This is a factual allegation with the Defendant neither admits not denies and calls upon the
   Plaintiff to prove the same.

10. This is a factual allegation with the Defendant neither admits not denies and calls upon the
    Plaintiff to prove the same.

## COUNT I
### (Enforcement of the Plan's Terms)

11. Defendant repeats and realleges its responses to Paragraphs 1-10 as if set forth in full herein.

12. This is a factual allegation with the Defendant neither admits not denies and calls upon
    Plaintiff to prove the same.

13. This is a factual allegation with the Defendant neither admits not denies and calls upon the
    Plaintiff to prove the same.

   WHEREFORE, defendant denies that the plaintiff is entitled to relief in any amount.

## COUNT II
### (Breach of Contract)

14. Defendant repeats and realleges its responses to Paragraphs 1-10 as if set forth in full herein

15. This is a factual allegation with the Defendant neither admits not denies and calls upon the
    Plaintiff to prove the same.

16. This is a factual allegation with the Defendant neither admits not denies and calls upon the
    Plaintiff to prove the same.

   WHEREFORE, defendant denies that the plaintiff is entitled to relief in any amount.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that the Plaintiff fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that Plaintiff's Complaint is barred by the applicable Statute of Limitations.

### THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that the Plaintiff's claims are barred by Accord and Satisfaction.

### FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that Plaintiff's claims are barred by the Doctrine of Laches.

### FIFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that the Plaintiff's claims are barred by the Doctrine of Estoppel.

### SIXTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that the Plaintiff's claims are barred by payment.

### SEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that any damages which the Plaintiff alleges to have suffered are the result of Plaintiff's own actions over which the Defendant had no responsibility or control.

### EIGHTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that any damages alleged to have been suffered by the Plaintiff are due to the actions of a third party over which the Plaintiff had no responsibility or control.

### NINTH AFFIRMATIVE DEFENSE

The Defendant denies each and every allegation of the Plaintiffs's complaint except as specifically admitted above.

### TENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that they did not breach the contract.

### ELEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that there is insufficiency of process.

### TWELFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that there is insufficiency of service of process.

### THIRTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says the Plaintiff has failed to join a necessary party under Rule 19 of the Rules of Civil Procedure.

### FOURTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says the Court lacks personal jurisdiction over the Defendant.

### FIFTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says that the alleged contract is not enforceable as there is a failure of consideration.

### SIXTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant says the Plaintiff committed general fraud; fraudulent misrepresentation, fraud in the inducement and fraud in the factum by misrepresenting, to the Defendant that the product was marketable, and fit for the purpose it was designed.

### SEVENTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense the defendant states that the plaintiff's claim is barred by the Exclusivity Requirement of Massachusetts General Laws, Chapter 152 § 1.

Defendant, Doreen Hannigan
By her attorney,
Law Offices of Michael F. Walsh P.C.


Michael F. Walsh, Esquire
1200 East Street
Westwood, MA 02090
(781) 251-0100
B.B.O. No. 550658


## AFFIDAVIT OF SERVICE

I, Michael F. Walsh, do hereby certify that on this _28_ TH day of _Oct._, _2005_, I gave notice of
the foregoing Answered Complaint Propounded by the Plaintiff, Carol Blanchard to be Answered
by the Defendant, Doreen Hannigan, to the plaintiffs, by mailing a copy thereof, postage prepaid
to: Matthew E. Dywer, Esquire, At Dwyer, Duddy, and Facklam, Attorneys at Law P.C., Two
Center Plaza, Suite 430, Boston, Massachusetts 02180-1804.


Michael F. Walsh, Esquire

DATED: _10/28/05_