UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR OF )<br>THE TEAMSTERS UNION 25 HEALTH SERVICES )<br>& INSURANCE PLAN, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DOREEN HANNIGAN, )<br>    Defendant. ) | Civil Action No.<br>05-11245-GAO |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of the Plaintiff Carol A. Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan.

 

For the Plaintiff,
**Carol A. Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan,**
By her attorney,

_____
Brian P. Fox
BBO# 663927
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
(617) 723-9777

Date: April 5, 2006

## CERTIFICATE OF SERVICE

I, Brian P. Fox, Esq., certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. There are no non-registered participants as of the filing of this pleading.

                                                Brian P. Fox
                                                BBO# 663927
                                                Dwyer, Duddy and Facklam, P.C.
                                                Two Center Plaza, Suite 430
                                                Boston, MA 02108-1804

Date: April 5, 2006                      (617) 723-9777