UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>DOREEN HANNIGAN,<br>　　　　　　　Defendant, | Civil Action No. 05-11245-GAO |

## JOINT MOTION TO POSTPONE DEADLINE FOR FILING OF MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

Now come the parties to this litigation and move that this Court postpone the May 26, 2006 deadline it set for the Defendant to file her Motion to Dismiss and the Plaintiff to file her Motion for Summary Judgment until a date the Court will set on or after September 15, 2006. The reason for this motion is as follows:

1. The parties have reached a tentative settlement of the case.

2. However, the Plaintiff Teamsters Union 25 Health Services & Insurance Plan must have its Board of Trustees vote to accept all settlement agreements.

3. The Board of Trustees will not meet to vote again until August 22, 2006.

This motion is made in good faith and not for purposes of delay.

| | |
|---|---|
| For the Plaintiff,<br>**CAROL BLANCHARD,**<br>**EXECUTIVE DIRECTOR,**<br>**TEAMSTERS UNION 25 HEALTH**<br>**SERVICES & INSURANCE PLAN,**<br>By her attorneys, | For the Defendant,<br>**DOREEN HANNIGAN**<br><br><br><br>By her attorney, |
| *[signature]*<br>Matthew E. Dwyer, BBO# 139840<br>Brian P. Fox, BBO# 663927<br>Dwyer, Duddy & Facklam,<br>Two Center Plaza, Suite 430<br>Boston, MA 02108<br>(617) 723-9777 | *[signature]* with permission -BPF<br>Michael F. Walsh, BBO# 550658<br>1200 East Street<br>Westwood, MA 02090<br>(781) 251-0100 |
| Dated: 5/25/06 | Dated: 5/25/06 |