UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>　　　　　　Plaintiff,<br><br>v.<br><br>DOREEN HANNIGAN,<br>　　　　　　Defendant, | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11245-GAO<br>)<br>)<br>) |

## JOINT MOTION TO POSTPONE STATUS CONFERENCE

Now come the parties to this litigation and move that this Court postpone the Status Conference the Court has set for November 21, 2006 in this case until a date on or after December 1, 2006, which the Court will set. The reason for this motion is as follows:

1. The parties have reached a settlement in this case.

2. The Plaintiff has now received a check for the settlement amount from the Defendant.

3. Once the check clears, the parties will stipulate to dismissal of this case.

This motion is made in good faith and not for purposes of delay.

| For the Plaintiff, | For the Defendant, |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR, TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN, | DOREEN HANNIGAN |
| By her attorneys, | By her attorney, |
| /s/ Matthew E. Dwyer | /s/ Michael F. Walsh (with permission) (Brian Fox) |
| Matthew E. Dwyer, BBO# 139840<br>Brian P. Fox, BBO# 663927<br>Dwyer, Duddy & Facklam,<br>Two Center Plaza, Suite 430<br>Boston, MA 02108<br>(617) 723-9777 | Michael F. Walsh, BBO# 550658<br>1200 East Street<br>Westwood, MA 02090<br>(781) 251-0100 |
| Dated: Nov. 17, 2006 | Dated: Nov. 17, 2006 |