UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>　　　　　　Plaintiff,<br><br>v.<br><br>DOREEN HANNIGAN,<br>　　　　　　Defendant, | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11245-GAO<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i), the Plaintiff, Carol Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, and the Defendant, Doreen Hannigan, hereby stipulate to the dismissal of the above-captioned action without prejudice.

For the Plaintiff,
**CAROL BLANCHARD,
EXECUTIVE DIRECTOR,
TEAMSTERS UNION 25 HEALTH
SERVICES & INSURANCE PLAN,**
By her attorneys,

_____
Matthew E. Dwyer, BBO# 139840
Brian P. Fox, BBO# 663927
Dwyer, Duddy & Facklam,
Two Center Plaza, Suite 430
(617) 723-9777

Dated: 12/1/06

For the Defendant,
**DOREEN HANNIGAN**

By her attorney,

_____ (with permission Brian Fox)
Michael F. Walsh, BBO# 550658
1200 East Street
Westwood, MA 02090
(781) 251-0100

Dated: 12/1/06